ACCEPTED
03-15-00348-CV
7406567
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 10:45:53 AM
JEFFREY D. KYLE
CLERK

# TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN LLP

<table>
<tr><td>ATTORNEYS AT LAW<br>100 CONGRESS AVENUE, 18TH FLOOR<br>AUSTIN, TEXAS 78701<br>TELEPHONE (512) 472-5997<br>FAX (512) 472-5248</td><td>FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>10/16/2015 10:45:53 AM<br>JEFFREY D. KYLE<br>Clerk</td></tr>
</table>

October 16, 2015

Mr. Jeffrey D. Kyle
Clerk of the Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

Re: Court of Appeals No. 03-15-00348-CV; Trial Court Cause No. D-1-GN-14-004689; *Asclepius Panacea, LLC et al v. QVL Pharmacy #181 GP, LLC et al*

Dear Mr. Kyle:

Pursuant to your letter dated October 8, 2015, I am writing to notify you that as counsel for Plaintiffs we do intend to argue the above-referenced case before the Court on November 4, 2015 at 1:30 PM. Paul Matula will be presenting oral argument on behalf of the Appellee.

Sincerely,

Rola Daaboul

RD/dej

cc via email: Jonah Davis Jackson
Jennifer B. Poppe

5714-4\00538900.000